No. 88–7548. IN RE GREEN;

No. 89–5005. IN RE WOLF;

No. 89–5032.   IN RE MCCABE;
No. 89–5090.   IN RE EZEODO;
No. 89–5125.   IN RE SUMMERS;
No. 89–5306.   IN RE RED BEAR;
No. 89–5316.   IN RE D'ANGELO;
No. 89–5407.   IN RE KLUVER; and
No. 89–5440.   IN RE SCHLAEBITZ.   Petitions for writs of habeas corpus denied.